# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

PARIS O. SIMPSON,

                Petitioner,        :    Case No. 3:23-cv-00379

   - vs -                         District Judge Thomas M. Rose
                                    Magistrate Judge Michael R. Merz

WARDEN,
 London Correctional Institution,

                              :

               Respondent.

## REPORT AND RECOMMENDATIONS

This habeas corpus case was brought *pro se* by Petitioner Paris Simpson (Petition, ECF No. 1).  After the Magistrate Judge reference was transferred to the undersigned on March 12, 2024 (ECF No. 10), it was concluded that the Petition was second or successive petition requiring permission of the Sixth Circuit to proceed  and the case was transferred to the Sixth Circuit for its consideration (Transfer Order, ECF No.11).

The Sixth Circuit concurred in our finding that the Petition was second or successive and denied Simpson authority to proceed.  *In re:  Paris O. Simpson,* Case No. 24-3218 (Order of August 21, 2024)(copy at ECF No. 13).

It is therefore respectfully recommended that the Petition be dismissed with prejudice. Because reasonable jurists would not disagree with this conclusion, it is also recommended that Petitioner be denied a certificate of appealability and that the Court certify to the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma*

1

*pauperis*.

 July 6, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.