**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| PARIS O. SIMPSON, | : | Case No. 3:23-cv-00379 |
| Petitioner, | : | |
| - vs - | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| | : | |
| WARDEN, London Correctional Institution, | : | |
| Respondent. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC. NO. 15)**

The Court has reviewed the Report and Recommendations (Doc. No. 15) of United States Magistrate Judge Michael R. Merz, to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that the Petition be **DISMISSED** with prejudice. Petitioner is **DENIED** any requested certificate of appealability, and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*. The Clerk is hereby directed to **TERMINATE** this action on the Court's docket.

**IT IS SO ORDERED.**

August 3, 2026.

s/Thomas M. Rose

Thomas M. Rose
United States District Judge